IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEQUEEN VILLAS LIMITED PARTNERSHIP**                              **PLAINTIFF**

**VS.**                      **CASE NO. 5:08CV00041 JMM**

**STATE FARM FIRE & CASUALTY COMPANY**                              **DEFENDANT**

### ORDER

Pending before the Court is defendant's Motion to Dismiss Plaintiff's Claims of Bad Faith (#7). Plaintiff has responded by stating that it is not making a claim of bad faith.

Based upon plaintiff's response, the motion is dismissed as moot (#7).

IT IS SO ORDERED THIS  14  day of  April , 2008.

_____
James M. Moody
United States District Judge