AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| DeQueen Villas Limited Partnership ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:08CV00041 JMM |
| State Farm Fire & Casualty COmpany ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Judgment is entered in favor of the defendant and against plaintiff.

This action was *(check one)*:

☑ tried by a jury with Judge James M. Moody presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 04/02/2009

*CLERK OF COURT*

/s/ Patricia L. Murray
*Signature of Clerk or Deputy Clerk*