**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DEQUEEN VILLAS LIMITED PARTNERSHIP**                           **PLAINTIFF**

**V.**                            **NO 5:08CV00041 JMM**

**STATE FARM FIRE AND CASUALTY CO.**                            **DEFENDANT**

**ORDER**

As prevailing party in the above styled case defendant seeks costs in the amount of $3,904.64 pursuant to Rule 54 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1920, and 28 U.S.C. § 1821. The motion is granted in part and denied in part (#38).

After a review of defendant's bill of costs with its documentation and plaintiff's response, the Court awards photography expenses for necessary trial exhibits in the amount of $279.00, copying expenses of necessary trial exhibits in the amount of $588.56, witness fees in the amount of $160.00[1], a milage fee for Linda Reid in the amount of $154.53, and hotel expenses for Smentowski in the amount of $70.51.

Defendant may not recover expenses for Quillin as he attended the trial as defendant's party representative. The request for the remaining expenses for Smentowski and McKinley is denied based upon lack of documentation.

In total, plaintiff is awarded $1,252.60 in costs.

IT IS SO ORDERED this   29   day of   April  , 2009.

_____
James M. Moody
United States District Judge

---

[1] For witnesses Linda Reid ($40), Wendy Smentowski ($40), and Ron McKinley ($80). *See* 28 U.S.C. § 1821(b).